JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. HANNA, | Case No. ED CV 13-2245-R (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID B. LONG, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 13, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE